# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-14-00659-CV

---

**T. T., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-13-001803
### HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant T.T. filed his notice of appeal on October 14, 2014. The appellate record was complete October 23, 2014, making appellant's brief due November 12, 2014. To date, appellant's brief has not been filed.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore we order counsel to file appellant's brief no later than December 1, 2014. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on November 13, 2014.

Before Chief Justice Jones, Justices Rose and Goodwin